UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Clyde Whitledge,

        Plaintiff,

vs.   ORDER ADOPTING
REPORT AND RECOMMENDATION

Carrington Mortgage Services, LLC,

        Defendant.   Civil No. 15-2686 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendant's Motion to Dismiss for failure to state a claim, [Docket No. 4], is **GRANTED.**

2. This matter is **Dismissed Without Prejudice.**

3. Judgment is entered accordingly.


DATED:  10/29/15          s/Patrick J. Schiltz
At Minneapolis, Minnesota      Patrick J. Schiltz, Judge
                                            United States District Court